## ALICE M. McCOLLOUGH, v. THOMAS McCOLLOUGH

23 So. (2nd) 139
July 10, 1945
Rehearing denied Sept. 10, 1945.

June Term, 1945
Division B

*Vincent C. Giblin* and *W. W. Colson, Jr.,* for appellant.

*Smathers, Thompson & Maxwell* and *John G. Thompson* and *L. S. Bonsteel,* for appellee.

PER CURIAM:

Upon appellant's motion therefor it is ordered that the appellee, Thomas O. McCullough, pay to the appellant, Alice M. McCullough, within thirty days for the use of her counsel the sum of $417.40 to cover the following items: preparation of transcript, $296.40; verification and certification of the record, $46; and expenses of her counsel for arguing the matter in this court $75.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.